UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW E. VAIL,

          Plaintiff,

against

THE CITY OF NEW YORK,

          Defendant.

CIVIL ACTION NO.: 18 Civ. 11822 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

As no response to the Motion to Dismiss the Third Amended Complaint has been filed, Plaintiff is directed to respond by **December 4, 2019** or the motion will be deemed fully briefed.

The Clerk of Court is respectfully directed to mail a copy of this order to the below address.

Dated:    New York, New York
          November 20, 2019

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to:    Andrew E. Vail
          301 W. High Street
          Lawrenceburg, IN
          47025